Leroy PEARSON, Appellant,

v.

STATE of Texas, Appellee.

No. 27806.

Court of Criminal Appeals of Texas.

Oct. 5, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is felony theft; the punishment, five years in the penitentiary.

Accompanying the record is the personal affidavit of appellant requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.

Jessie Allen SHORT, Appellant,

v.

STATE of Texas, Appellee.

No. 27936.

Court of Criminal Appeals of Texas.

Oct. 5, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is robbery; the punishment, 150 years.

Accompanying the record is an affidavit in proper form executed by the appellant requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.

Willie Ceromine NOBLE, Appellant,

v.

The STATE of Texas, Appellee.

No. 27834.

Court of Criminal Appeals of Texas.

Oct. 5, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is burglary; the punishment, two years.

Appellant has filed his personal affidavit stating that he no longer desires to prosecute this appeal and requests that the same be dismissed.

This request is accordingly granted, and the appeal is dismissed.